UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIL ALEXANDER KELLY,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY<br>BOARD OF SUPERVISORS, et al.,<br><br>Defendants. | Case No. 22-cv-02519-YGR (PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On September 23, 2022, the Court issued an order dismissing plaintiff's complaint with leave to amend within twenty-eight days from the date of the order. The Court informed plaintiff that failure to file a timely amended complaint would result in the dismissal of his action with prejudice. Twenty-eight days have passed and plaintiff has not filed an amended complaint or communicated with the Court in any manner.

Accordingly, this action is dismissed with prejudice. *See* Fed. R. Civ. P. 41(b); *Yourish v. California Amplifier*, 191 F.3d 983, 989, 992 (9th Cir. 1999) (affirming dismissal of action with prejudice when plaintiff failed to amend complaint after receiving leave to do so, because expeditious resolution of litigation, the court's need to manage its docket, and avoiding prejudice to defendants favored dismissal).

The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: October 28, 2022

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge